Hilton, Appellant, *v.* Hilton.

718

Argued April 16, 1969. *Alvin D. Capozzi,* with him *Capozzi and Greenfield,* for appellant; *John L. Bailey,* with him *James E. Lomeo,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. (No. 2964, April Term, 1966 D) in this case.

The order refusing a divorce (a.m.e.t.) (No. 697, April Term, 1966) is affirmed.

WRIGHT, P. J., dissents.